1

2

3

4

5

6

7

8              IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10   DERRICK MOSLEY,

11            Plaintiff,                    No.  2:12-cv-2681 CKD P

12        vs.

13   BROYLES,                               ORDER &

14            Defendant.                    FINDINGS AND RECOMMENDATIONS

15   _____/

16            By an order filed November 2, 2012, plaintiff was ordered to file a completed in

17   forma pauperis application within thirty days and was cautioned that failure to do so would result

18   in a recommendation that this action be dismissed.  The thirty day period has now expired, and

19   plaintiff has not responded to the court's order and has not filed a completed in forma pauperis

20   application.

21            Accordingly, IT IS HEREBY ORDERED that the Clerk of Court assign a district

22   judge to this action.

23            Accordingly, IT IS HEREBY RECOMMENDED that this action be dismissed

24   without prejudice.

25            These findings and recommendations are submitted to the United States District

26   Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within fourteen

days after being served with these findings and recommendations, any party may file written objections with the court and serve a copy on all parties.  Such a document should be captioned "Objections to Magistrate Judge's Findings and Recommendations."  Any reply to the objections shall be served and filed within fourteen days after service of the objections.  The parties are advised that failure to file objections within the specified time may waive the right to appeal the District Court's order.  <u>Martinez v. Ylst</u>, 951 F.2d 1153 (9th Cir. 1991).

Dated: December 10, 2012

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

2
mosl2681.fifp

2