IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DERRICK MOSLEY,

    Plaintiff,                    No. 2:12-cv-2681 JAM CKD P

    vs.

BROYLES,                              <u>ORDER</u>

    Defendant.

_____/

    In light of plaintiff's filing of a completed in forma pauperis application on December 10, 2012 (Dkt. No. 7), the court hereby VACATES its December 11, 2012 findings and recommendation that this action be dismissed for failure to file an in forma pauperis application (Dkt. No. 5). Plaintiff need take no further action until the complaint is screened pursuant to 28 U.S.C. § 1915A(a).

Dated: December 14, 2012

                                                  _____
                                                  CAROLYN K. DELANEY
                                                 UNITED STATES MAGISTRATE JUDGE

2
mosl2681.vac

1